United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DANIEL STRUB,

        Plaintiff,

   v.

YOUTUBE, LLC.,

        Defendant.

_____/

No. C 13-04704  RS

**CASE MANAGEMENT
SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 23, 2014.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    DISCOVERY.

Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party, limited to seven (7) hours per individual deposition; (b) seven (7) hours of deposition testimony of each adverse expert for each report provided, extended to fourteen (14) hours if any single experts provides a report related to both infringement and validity; (c) twenty-five (25) interrogatories per party, including all discrete subparts; (d) a reasonable number of requests for

CASE MANAGEMENT SCHEDULING ORDER

production of documents or for inspection per party; and (e) thirty (30) requests for admission per party.

2. DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. FURTHER SCHEDULING. The following dates proposed by the parties are hereby adopted:

| Date | Event |
| --- | --- |
| 2/6/14 | Strub to serve Initial Disclosure of Asserted Claims and Preliminary Infringement Contentions and accompanying document production pursuant to Pat. L.R. 3-1 and 3-2. Last day for Strub to amend pleadings to add parties, claims or defenses without leave of Court. |
| 4/8/14 | YouTube to serve Preliminary Invalidity Contentions and accompanying document production pursuant to Pat. L.R. 3-3 and 3-4. Last day for YouTube to add parties, claims or defenses through amended pleadings without leave of Court. |
| 4/22/14 | Parties to exchange Proposed Terms and Claim Elements for Construction pursuant to Pat. L.R. 4-1 |
| 5/13/14 | Parties to exchange Preliminary Claim Constructions pursuant to Pat. L.R. 4-2 |
| 6/9/14 | Parties to file Joint Claim Construction & Prehearing Statement pursuant to Patent L.R. 4-3. |
| 7/9/14 | Claim Construction Discovery Cut-Off pursuant to Pat. L.R. 4-4 |
| 7/24/14 | Strub to file Opening Brief on Claim Construction pursuant to Patent L.R. |

| | |
|---|---|
| | 4-5(a) |
| 8/7/14 | YouTube to file Responsive Brief on Claim Construction pursuant to Patent L.R. 4-5(b) |
| 8/14/14 | Strub to file Reply Brief on Claim Construction pursuant to Patent L.R. 4-5(c) |

5.  CLAIMS CONSTRUCTION HEARING.  A tutorial and *Markman* hearing shall be held on **August 20, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   January 23, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3