| | |
|---|---|
| Glenn F. Ostrager<br>(admitted pro hac vice) NY S.B.N. 1508456<br>*gostrager@ocfblaw.com*<br>Joshua S. Broitman<br>(admitted pro hac vice) NY S.B.N. 2583227<br>*jbroitman@ocfblaw.com*<br>OSTRAGER CHONG FLAHERTY<br>   & BROITMAN P.C.<br>570 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 681-0600<br>Facsimile: (212) 681-0300<br><br>Robert C. Schubert S.B.N. 62684<br>*rschubert@schubertlawfirm.com*<br>Willem F. Jonckheer S.B.N. 178748<br>*wjonckheer@schubertlawfirm.com*<br>SCHUBERT JONCKHEER & KOLBE LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>Telephone: (415) 788-4220<br>Facsimile: (415) 788-0161<br><br>Attorneys for Plaintiff Daniel Strub | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>   Melissa J. Baily (Bar No. 237649)<br>   Adam Botzenhart (Bar No. 282108)<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:  (415) 875-6600<br>Facsimile:  (415) 875-6700<br>Email: melissabaily@quinnemanuel.com<br>         adambotzenhart@quinnemauel.com<br><br>Attorneys for Defendants, YouTube, LLC and Google Inc. |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL STRUB,<br><br>      Plaintiff,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE INC.,<br><br>      Defendants. | Case No. C 13-04704 RS<br><br>**STIPULATION AMENDING CASE MANAGEMENT SCHEDULING ORDER** |

WHEREAS, on January 23, 2014, this Court entered a Case Management Scheduling Order (Dkt. 46);

WHEREAS, on February 4, 2014, Daniel Strub ("Strub") filed a First Amended Complaint which added Google Inc. as a party defendant (Dkt. 47);

WHEREAS, on March 19, 2014, defendants YouTube, Inc. and Google Inc. filed an

1  Answer to the First Amended Complaint (Dkt. 52); and

2      WHEREAS, the parties are agreeable to adhering to the deadlines fixed by the Court in

3  the Case Management Scheduling Order;

4      THEREFORE, subject to the Court's approval, the parties stipulate as follows:

5      The deadlines set in the Case Management Scheduling Order shall apply to newly added

6  party Google Inc.  Discovery shall be limited as follows: (a) ten (10) non-expert depositions per

7  side, limited to seven (7) hours per individual deposition; (b) seven (7) hours of deposition

8  testimony of each adverse expert for each report provided, extended to fourteen (14) hours if any

9  single expert provides a report related to both infringement and validity; (c) twenty-five (25)

10 interrogatories per side, including all discrete subparts; (d) a reasonable number of requests for

11 production of documents or for inspection per side; and (e) thirty (30) requests for admission per

12 side.

13     IT IS SO ORDERED:

14 DATED:  4 / 4        , 2014

15 

16                                           RICHARD SEEBORG
                                          United States District Judge

Dated: April 4, 2014        SCHUBERT JONCKHEER & KOLBE LLP
                                       Robert C. Schubert
                                       Willem F. Jonckheer

                                       OSTRAGER CHONG FLAHERTY
                                        &    BROITMAN P.C.


                                       By:   /s/ Glenn F. Ostrager
                                       Glenn F. Ostrager
                                       Joshua S. Broitman
                                       570 Lexington Avenue
                                       New York, NY 10022
                                       Telephone: (212) 681-0600

Facsimile: (212) 681-0300

*Attorneys for Plaintiff*

Dated:  April 4, 2014

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP

By: /s/ Adam Botzenhart
   Melissa J. Baily
   Adam Botzenhart
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants YouTube, LLC
  and Google Inc.*