# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL STRUB,<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE, LLC and GOOGLE INC.,<br><br>Defendants. | Case No. C 13-04704 RS<br><br>**STIPULATION AMENDING CASE MANAGEMENT SCHEDULING ORDER. AS MODIFIED BY THE ECOURT** |

Pursuant to Local Rule 6-2, Plaintiff Daniel Strub and Defendants YouTube, LLC and Google Inc. (collectively, the "Parties"), by and through their respective counsel of record, stipulate as recited below and jointly request that the Court amend the current case management schedule as set forth below.

WHEREAS, on January 23, 2014, this Court entered a Case Management Scheduling Order (Dkt. 46);

WHEREAS, on April 4, 2014, this Court entered a Stipulation and Order Amending Case Management Scheduling (Dkt. 57);

WHEREAS, the parties agreed to extend the deadline to exchange Patent Local Rule 4-1 Preliminary Claim Constructions and Extrinsic Evidence ("Preliminary Claim Constructions") to May 23, 2014;

WHEREAS, on May 22, 2014, Plaintiff informed Defendants of its intention to serve a proposed amended Patent Local Rule 3-1 Disclosure of Asserted Claims and Infringement Contentions ("Proposed Amended Infringement Contentions") and the parties agreed to further extend the deadline to exchange Preliminary Claim Constructions until after service of Plaintiff's Proposed Amended Infringement Contentions;

01980.52146/6053064.1

WHEREAS, on May 30, 2014, Plaintiff served its Proposed Amended Infringement Contentions;

WHEREAS, Defendants believe that Plaintiff's Proposed Amended Infringement Contentions are baseless and, among other things, fail to comply with the specificity requirements of Patent Local Rule 3-1; and

WHEREAS, Plaintiff disputes Defendants' characterization, but has agreed, without prejudice, to provide further specificity in its Proposed Amended Infringement Contentions;

THEREFORE, subject to the Court's approval, the Parties stipulate that the deadlines set in the Case Management Scheduling Order should be amended as follows:

| | |
|---|---|
| 6/23/14 | Plaintiff to serve revised Proposed Amended Infringement Contentions. |
| 7/7/14 | Parties to exchange Preliminary Claim Constructions pursuant to Pat. L.R. 4-2. |
| 7/21/14 | Parties to file Joint Claim Construction & Prehearing Statement pursuant to Patent L.R. 4-3. |
| 8/4/14 | Claim Construction Discovery Cut-Off pursuant to Pat. L.R. 4-4. |
| 8/4/14 | Strub to file Opening Brief on Claim Construction pursuant to Patent L.R. 4-5(a). |
| 8/18/14 | YouTube to file Responsive Brief on Claim Construction pursuant to Patent L.R. 4-5(b). |
| 8/25/14 | Strub to file Reply Brief on Claim Construction pursuant to Patent L.R. 4-5(c). |
| Friday, 9/5/14 at 10:00 a.m. | Tutorial and *Markman* hearing. |

IT IS SO ORDERED:

DATED: __6/10__, 2014

RICHARD SEEBORG
United States District Judge

01980.52146/6053064.1  - 2 -  Stipulation Amending Case Management Order
Case No. C 13-04704 RS

1

2    Dated:  June 9, 2014                    SCHUBERT JONCKHEER & KOLBE LLP
                                             Robert C. Schubert
3                                            Willem F. Jonckheer

4

5                                            OSTRAGER CHONG FLAHERTY
                                                 &    BROITMAN P.C.
6

7
                                             By:    /s/ Glenn F. Ostrager
8                                            Glenn F. Ostrager
                                             Joshua S. Broitman
9                                            570 Lexington Avenue
                                             New York, NY 10022
10                                           Telephone: (212) 681-0600
                                             Facsimile: (212) 681-0300
11

12                                           *Attorneys for Plaintiff*

13

14   Dated:  June 9, 2014                    QUINN EMANUEL URQUHART
                                                 & SULLIVAN, LLP
15

16                                           By: /s/ Adam Botzenhart
                                                    Melissa J. Baily
17                                                  Adam Botzenhart
                                             50 California Street, 22nd Floor
18                                           San Francisco, California  94111
                                             Telephone: (415) 875-6600
19                                           Facsimile: (415) 875-6700

20
                                             *Attorneys for Defendants YouTube, LLC*
21                                                  *and Google Inc.*

22

23

24

25

26

27

28

01980.52146/6053064.1                  - 3 -        Stipulation Amending Case Management Order
                                                              Case No. C 13-04704 RS

**ATTESTATION**

I, Glenn F. Ostrager, am the ECF User whose ID and password being used to file this Stipulation.  In compliance with General Order 45,X.B., I hereby attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.


Dated:  June 9, 2014


              /s/ Glenn F. Ostrager
                 Glenn F. Ostrager